```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| METZGAR, | |
| :--- | :--- |
| **Plaintiff,** | 23-cv-02916 (ALC) |
| -against- | **ORDER** |
| JOHNSON AND CONROY AGENCY, INC. | |
| **Defendant.** | |

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's Answer and Counterclaim, ECF No. 11, and the Plaintiff's Answer to the Counterclaim, ECF No. 12. The Plaintiff alleges that the Defendant, Johnson and Conroy Agency Inc., is the operator and/or owner of the property at issue located at 74 Jersey Avenue, Port Jervis, New York 12771, County of Orange, State of New York. *See* Compl., ECF No. 1 ¶ 3. Plaintiff also alleges that he resides in the town of Orange, New York, which lies in the Western District of New York. *Id*. ¶ 4.

According to the Rules for the Division of Business Among District Judges in the Southern District of New York, a civil case shall be designated for assignment to the White Plains courthouse if: (1) the claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties. *See* Rule 18(a)(1). Additionally, a civil case may also be designated for assignment to White Plains if "[a]t least half of the parties reside in the Northern Counties." *See* Rule 18(4).

Plaintiff is hereby **ORDERED** to file a letter clarifying if he resides in the Northern Counties on or by **July 14, 2023**.

**SO ORDERED.**

**Dated:** **July 11, 2023**
          **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**